NUMBER 13-05-053-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG 
_________________________________________________________
 
WANDA GAY KNIGHTEN,                                                  Appellant,

v.

TERRY KNIGHTEN,                                                             Appellee.
_________________________________________________________

On appeal from the 309th District Court
of Harris County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, WANDA GAY KNIGHTEN, perfected an appeal from an order entered
by the 309th District Court of Harris County, Texas, in cause number 2002-51220. 
After the record was filed, appellant filed a motion to vacate and dismiss. In the
motion, appellant states that the parties attended mediation and signed a binding
mediated settlement agreement. In accordance with the parties’ settlement
agreement, appellant requests that this Court vacate the trial court’s order rendered
on July 26, 2004, and dismiss this appeal. 
         The Court, having considered the documents on file and appellant’s motion to
vacate and dismiss, is of the opinion that the motion should be granted. Appellant’s
motion to vacate and dismiss is granted. The trial court’s order rendered on July 26,
2004, is VACATED, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and 
filed this the 26th day of May, 2005.